TOWN OF CLARENDON, Respondent, v. MEDINA QUARRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by the town of Clarendon against the Medina Quarry Company.

PER CURIAM. Order modified, in accordance with the opinion of WILLIAMS, J., in same case upon appeal from the judgment, decision in which is handed down herewith (92 N. Y. Supp. 530), and, as modified, affirmed, without costs of this appeal to either party. The form of the order to be settled by and before Mr. Justice Williams on five days' notice.

STOVER, J., dissents.

TRACY et al., Respondents, v. FALVEY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Appeal from Special Term, New York County. Action by Alberta P. Tracy and others against Catherine Falvey and others. From an order granting plaintiffs' motion for a new trial on the issues, defendants appeal. Reversed. Edward W. S. Johnston, for appellants. Nelson Shipman, for respondents.

PER CURIAM. For the reasons stated in the opinion in Tracy v. Falvey (decided herewith) 92 N. Y. Supp. 625, the order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.

TRAINER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by Michael Trainer against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. M. Ward, for respondent. No opinion. Judgment and order affirmed, with costs.

TREADWELL v. CLARK et al. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by George A. Treadwell against William A. Clark and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

TREFFINGER v. M. GROH'S SONS. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Gottlieb Treffinger against M. Groh's Sons. No opinion. Motion denied, with $10 costs.

In re TRICE. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) In the matter of the application of Mann Trice for admission to the bar. No opinion. Application granted.

TRIPP v. SEABOARD AIR LINE RY. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Alicia C. Tripp against the Seaboard Air Line Railway. No opinion. Motion denied, with $10 costs.

TROTT, Appellant, v. SCHMITT, Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by William Trott against Valentin Schmitt.

PER CURIAM. Order modified, by inserting a provision requiring the respondent to pay all costs of the action up to the time of the granting of the order as a condition of allowing the amendment to the answer, and, as modified, affirmed, with $10 costs and disbursements to the appellant.

TWELFTH WARD BANK v. H. ZELTNER BREWING CO. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by the Twelfth Ward Bank against the H. Zeltner Brewing Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

TYLER, Respondent, v. SOPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Leman W. Tyler against Orange Soper. No opinion. Judgment affirmed, with costs.

TYNDALL, Respondent, v. VAN AUKEN, Appellant. (Supreme Court, Appellate Division. Second Department. March 3, 1905.) Action by Charles H. Tyndall against Edward L. Van Auken, as administrator, etc. No opinion. Judgment affirmed, by default, with costs.

UHLMAN v. EMPIRE LIFE INS. CO. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Caroline Uhlman against the Empire Life Insurance Company. No opinion. Motion denied, on payment of $10 costs.

In re UNITED CONST. CO. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) In the matter of the application of The United Construction Company for a peremptory writ of mandamus against William B. Voorhees, supervisor, Orlandow Brown, town clerk, and others, composing the town board of the town of Rockland. No opinion. Order affirmed, with $10 costs and disbursements.

UNITED GOLD & PLATINUM CO. v. SMITH. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by the United Gold & Platinum Company against Charles E. W. Smith. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.